TOWNSEND AND TOWNSEND AND CREW LLP
THEODORE T. HERHOLD (State Bar No. 122895)
ANDREW T. OLIVER (State Bar No. 226098)
ROBERT D. TADLOCK (State Bar No. 238479)
379 Lytton Avenue
Palo Alto, CA 94301
Telephone: (650) 326-2400
Facsimile: (650) 326-2422
Email: ttherhold@townsend.com
       atoliver@townsend.com
       rdtadlock@townsend.com

Attorneys for Plaintiff,
APPLE INC.

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>EFORCITY CORPORATION, a California corporation; ACCSTATION INC., a California corporation; ITRIMMING INC., a California corporation; EVERYDAYSOURCE INC., a California corporation; UNITED INTEGRAL INC., a California corporation; CRAZYONDIGITAL, INC., a California corporation; and BOXWAVE CORPORATION, a Nevada corporation; and DOES 1 through 20, inclusive,<br><br>Defendants. | Civil Action No. 10-CV-03216 JF<br><br>**STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT CRAZYONDIGITAL, INC. TO RESPOND TO COMPLAINT**<br><br>[Civil Local Rule 6-1(a)] |

Pursuant to Civil L.R. 6-1(a), Plaintiff Apple Inc. ("Apple") and Defendant CrazyonDigital, Inc. ("CrazyonDigital") stipulate and extend the time by which CrazyonDigital has to answer or otherwise respond to Apple's complaint.

## STIPULATION

WHEREAS, Apple filed this action on July 22, 2010;

WHEREAS, Apple served its Complaint on CrazyonDigital on July 29, 2010, and the current deadline for CrazyonDigital's response to the Complaint is December 3, 2010;

WHEREAS, at the request of CrazyonDigital, Apple and CrazyonDigital stipulate and agree that CrazyonDigital may have an extension until December 23, 2010, to answer or otherwise respond to Apple's Complaint;

WHEREAS, this extension of time will not alter the date of any event or deadline already fixed by the Court;

ACCORDINGLY, Apple and CrazyonDigital hereby stipulate to an extension of time to December 23, 2010 for CrazyonDigital to answer or otherwise respond to Apple's Complaint.

DATED: December 3, 2010        By: /s/ Robert D. Tadlock
                                   Theodore T. Herhold
                                   Andrew T. Oliver
                                   Robert D. Tadlock

                                   Attorneys for Plaintiff,
                                   APPLE INC.

DATED: December 3, 2010        By: Kevin Martin
                                   Kevin Martin

                                   Attorney for Defendant,
                                   CRAZYONDIGITAL, INC.

63028553 v1

## PROOF OF SERVICE

I hereby certify and declare under penalty of perjury that the following statements are true and correct:

1. I am over the age of 18 years and am not a party to the within cause. My business address is Two Embarcadero Center Eighth Floor, San Francisco, California 94111.

2. I am familiar with my company's mail collection and processing practices, know that said mail is collected and deposited with the appropriate overnight delivery service or with the United States Postal Service on the same day it is deposited in interoffice mail, and know that postage thereon is fully prepaid.

3. Following said practice, on December 3, 2010 I served by United States mail, a true copy of the attached document titled exactly **STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT CRAZYONDIGITAL, INC. TO RESPOND TO COMPLAINT** by placing it in an addressed, sealed envelope and depositing it in regularly maintained interoffice mail to the following:

Kevin Martin
PATTON MARTIN & SULLIVAN LLP
6600 Koll Center Parkway, Suite 250
Pleasanton, CA 94566

*Attorneys for Crazyon Digital, Inc.*

Audrey L. Khoo, Esq.
Chang & Coté, LLP
19138 Walnut Drive, Suite 100
Rowland Heights, California 91748

*Attorneys for Defendant United Integral, Inc.*

Brian G. Bodine
LANE POWELL PC
1420 Fifth Avenue, Suite 4100
Seattle, WA 98101-2338

*Attorneys for Boxwave Corporation*

Jon E. Hokanson
LEWIS BRISBOIS BISGAARD & SMITH LLP
221 N. Figueroa St., Suite 1200
Los Angeles, CA 90012

*Attorneys for Defendants eForCity Corporation, Accstation Inc., iTrimming Inc. and EverydaySource Inc.*

EXECUTED this 3rd day of December, 2010, at San Francisco, California.

/s/Victoria E. Hopper
-----------------------
Victoria E. Hopper

townsend.