1  KILPATRICK TOWNSEND & STOCKTON LLP
   THEODORE T. HERHOLD (State Bar No. 122895)
2  ANDREW T. OLIVER (State Bar No. 226098)
   ROBERT D. TADLOCK (State Bar No. 238479)
3  379 Lytton Avenue
   Palo Alto, CA  94301
4  Telephone:  (650) 326-2400
   Facsimile:  (650) 326-2422
5  Email: therhold@kilpatricktownsend.com
          aoliver@kilpatricktownsend.com
6         rtadlock@kilpatricktownsend.com

7  Attorneys for Plaintiff,
   APPLE INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| APPLE INC., a California corporation, | Civil Action No. CV10-03216 JF (HRL) |
|---|---|
| Plaintiff, | **APPLE INC.'S STATEMENT OF NONOPPOSITION TO DEFENDANTS' FIRST MOTION TO STRIKE PORTIONS OF PLAINTIFF'S COMPLAINT** |
| v. | |
| EFORCITY CORPORATION, a California corporation; ACCSTATION INC., a California corporation; ITRIMMING INC., a California corporation; EVERYDAYSOURCE INC., a California corporation; UNITED INTEGRAL INC., a California corporation; CRAZYONDIGITAL, INC., a California corporation; and BOXWAVE CORPORATION, a Nevada corporation; and DOES 1 through 20, inclusive, | DATE: April 1, 2011<br>TIME:  9:00 a.m.<br>PLACE: Courtroom 3 |
| Defendants. | |



APPLE'S STATEMENT OF NONOPPOSITION TO MOTION TO STRIKE
 CASE NO. 10-CV-03216 JF (HRL)

1  Pursuant to Civil L.R. 7-3(b), Apple Inc. states that it does not oppose Defendants Eforcity Corporation, Accstation Inc., Itrimming Inc. and Everydaysource Inc's First Motion to Strike Portions of Plaintiff's Complaint, ECF No. 46, filed January 13, 2011.

DATED:  March 11, 2010         Respectfully submitted,

KILPATRICK TOWNSEND & STOCKTON LLP


By:  /s/ *Andrew T. Oliver*
     Theodore T. Herhold
     Andrew T. Oliver
     Robert D. Tadlock

     Attorneys for Plaintiff,
     APPLE INC.

63204710 v1



APPLE'S STATEMENT OF NONOPPOSITION TO MOTION TO STRIKE
CASE NO. 10-CV-03216 JF (HRL)                                                      - 1 -