UNITED STATES DISTRICT COURT
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5TH FLOOR

**CIVIL MINUTES**

**Court Proceedings:** Law and Motion Hearing, April 1, 2011                    Time: 11 mins
**Case Number:** CV-10-3216-JF

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Fisher

---

TITLE:              APPLE, INC.  V.  EFORCITY CORPORATION, ET AL

              PLAINTIFF                                       DEFENDANT

**Attorneys Present:** Theodore Herhold              **Attorneys Present:** Jon Hokanson

---

PROCEEDINGS:
   Hearing on Motion to Dismiss held.  Parties are present.  The motion is taken under submission.  The parties are referred to Magistrate Judge Grewal for settlement conference.