| | |
|---|---|
| 1 | KILPATRICK TOWNSEND & STOCKTON LLP |
| | THEODORE T. HERHOLD (State Bar No. 122895) |
| 2 | ANDREW T. OLIVER (State Bar No. 226098) |
| | ROBERT D. TADLOCK (State Bar No. 238479) |
| 3 | 379 Lytton Avenue |
| | Palo Alto, CA  94301 |
| 4 | Telephone:  (650) 326-2400 |
| | Facsimile:  (650) 326-2422 |
| 5 | Email: therhold@kilpatricktownsend.com |
| |         aoliver@kilpatricktownsend.com |
| 6 |         rtadlock@kilpatricktownsend.com |
| 7 | Attorneys for Plaintiff, |
| | APPLE INC. |

LEWIS BRISBOIS BISGAARD & SMITH LLP
JON E. HOKANSON
221 N. Figueroa St., Suite 1200
Los Angeles, CA  90012
Telephone:  (213) 250-1800
Facsimile:  (213) 250-7900
Email:  hokanson@lbbslaw.com

Attorneys for Defendant,
EFORCITY CORPORATION,
ACCSTATION INC., ITRIMMING INC.,
and EVERYDAYSOURCE INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | Civil Action No. CV10-03216 JF (HRL) |
| Plaintiff, | **STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE** |
| v. | |
| EFORCITY CORPORATION, a California corporation; ACCSTATION INC., a California corporation; ITRIMMING INC., a California corporation; EVERYDAYSOURCE INC., a California corporation; UNITED INTEGRAL INC., a California corporation; CRAZYONDIGITAL, INC., a California corporation; and BOXWAVE CORPORATION, a Nevada corporation; and DOES 1 through 20, inclusive, | |
| Defendants. | |



STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE
CASE NO. 10-CV-03216 JF (HRL)                                                                                         - 1 -

1  Pursuant to Civil L.R. 7-12 and 16-2, Plaintiff Apple Inc. ("Apple") and Defendants eForCity Corporation, AccStation Inc., iTrimming Inc. and EverydaySource Inc. (the "eForCity Defendants") stipulate to a continuation of the Case Management Conference and all related deadlines to allow the parties to attempt to settle the action through the Court's ADR process prior to the Case Management Conference.

## STIPULATION

WHEREAS, on April 1, 2011, the Court ordered Apple and the eForCity Defendants (collectively, the "Parties") to participate in a settlement conference with Magistrate Judge Grewal and the Parties scheduled the settlement conference for June 8, 2011;

WHEREAS, approximately one week before June 8, 2011, the Parties learned that Magistrate Judge Grewal did not have the settlement conference calendared for June 8, 2011;

WHEREAS, the Parties are attempting to reschedule the settlement conference for mid- to late- July 2011, and wish to engage in the settlement conference before participating in the Case Management Conference and passing the associated deadlines;

WHEREAS, the Court set a Case Management Conference for July 15, 2011 (ECF No. 76);

ACCORDINGLY, Apple and the eForCity Defendants hereby stipulate to a continuation of the Case Management Conference to August 26, 2011 at 10:30 a.m.  The Parties stipulate to a like continuation of all deadlines that are based upon the date of the Case Management Conference.

DATED:  June 15, 2011                By:*/s/ Andrew T. Oliver*
                                     Theodore T. Herhold
                                     Andrew T. Oliver
                                     Robert D. Tadlock

                                     Attorneys for Plaintiff,
                                     APPLE INC.

DATED:  June 15, 2011                By: */s/ Jon E. Hokanson (with permission A.T.O.)*
                                     Jon E. Hokanson

                                     Attorney for Defendants,
                                     EFORCITY CORPORATION, ACCSTATION INC., ITRIMMING INC., and
                                     EVERYDAYSOURCE INC.



1  PURSUANT TO STIPULATION, IT IS SO ORDERED

3  DATED: June __20__, 2011         By: _____
                                        Jeremy Fogel
                                        UNITED STATES DISTRICT JUDGE

63540180 v1

