KILPATRICK TOWNSEND & STOCKTON LLP
THEODORE T. HERHOLD (State Bar No. 122895)
ANDREW T. OLIVER (State Bar No. 226098)
ROBERT D. TADLOCK (State Bar No. 238479)
379 Lytton Avenue
Palo Alto, CA  94301
Telephone:  (650) 326-2400
Facsimile:  (650) 326-2422
Email: ttherhold@townsend.com
        atoliver@townsend.com
        rdtadlock@townsend.com

Attorneys for Plaintiff
APPLE INC.

LEWIS BRISBOIS BISGAARD & SMITH LLP
JON E. HOKANSON (State Bar No. 118829)
221 N. Figueroa St., Suite 1200
Los Angeles, CA 90012
Telephone: (213) 250-1800
Facsimile: (213) 250-7900
   Email: hokanson@lbbslaw.com

LEWIS BRISBOIS BISGAARD & SMITH LLP
ALAN J. HAUS, SB# 111566
   E-Mail: haus@lbbslaw.com
One Sansome Street, Suite 1400
San Francisco, CA 94104
Telephone:415.362.2580
Facsimile: 415.434.0882

Attorneys for Defendants,
EFORCITY CORPORATION,
ACCSTATION INC., ITRIMMING INC.
and EVERYDAYSOURCE INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APPLE INC., a California corporation, | Civil Action No. CV10-03216 JF (HRL) |
| Plaintiff, | |
| v. | **FINAL JUDGMENT AND PERMANENT INJUNCTION ON CONSENT** |
| EFORCITY CORPORATION, a California corporation; ACCSTATION INC., a California corporation; ITRIMMING INC., a California corporation; EVERYDAYSOURCE INC., a California corporation; UNITED INTEGRAL INC., a California corporation; CRAZYONDIGITAL, INC., a California corporation; and | |

BOXWAVE CORPORATION, a Nevada
corporation; and DOES 1 through 20,
inclusive,

          Defendants.

On July 22, 2010, Plaintiff Apple Inc. ("Apple") filed suit against Defendants eForCity Corporation, Accstation Inc., Itrimming Inc., and Everydaysource Inc., (collectively "Defendants") alleging infringement of Apple's intellectual property (the "Action").  On April 25, 2011, Defendants answered Apple's complaint.  Apple and Defendants (collectively, the "Parties") have agreed to settle the claims asserted in the Complaint as well as additional claims as set forth herein.  In accordance with the terms of the Parties' Settlement Agreement entered into contemporaneously herewith, the Parties hereby agree to entry of a Final Judgment and Permanent Injunction Upon Consent ("Injunction") as set forth herein, and further agree and stipulate that, upon confirmation by this Court, it is hereby ordered, adjudged, and decreed that:

      1.      All terms defined in this Injunction shall be so defined when used anywhere in this Injunction.  Additionally, as used in this Injunction, the following capitalized terms shall have the meanings set forth below:

          a.      "Person" means any individual, partnership, association, corporation, limited liability company, trust, or any other form of legal entity.

          b.      "Control" means, with respect to any Person, the ability to control, manage, direct or otherwise materially influence the management, direction, operations or policies of such Person, whether by ownership of voting securities, by contract or otherwise.

          c.      "Copyrights" means Apple's copyrighted works as depicted in Exhibit A.

          d.      "Defendants" means eForCity Corporation, Accstation Inc., Itrimming Inc., and Everydaysource Inc. and each of their predecessors, successors, assigns, affiliates, members, officers, managers, agents, servants, employees, representatives, or any Person who had or has Control of any of Defendants, is Controlled by any of Defendants, or is under

common control with any of Defendants, and all other Persons in active concert or participation with any of them.

        e.     "Patents" means U.S. Patent Nos. 7,305,506; 7,517,222; 7,529,870; 7,529,872; 7,580,255; 7,587,540; 7,590,783; 7,627,343; D469,753; D515,070; D578,110; D588,545; D589,491; D596,616; and D596,621.

        f.     "Trademarks" means the trademarks set forth in Exhibit B.

## JUDGMENT

2.     This Court has jurisdiction over Defendants and the subject matter of this Action and Injunction.  Venue is proper in this Court.

3.     Apple is the owner of the Patents, Copyrights and Trademark, which are infringed by Defendants.

4.     In full settlement of all claims raised in this Action, the Parties have entered into a Settlement Agreement with an execution date of September 22, 2011 (the "Settlement Agreement").

5.     Defendants now stipulate and agree that judgment may be and hereby is entered in Apple's favor for all products made, used, sold, offered for sale, or imported into the United States by Defendants that infringe the Patents, Copyrights, and Trademarks.  Defendant shall permanently cease and desist from any further infringement of the Patents, Copyrights, and Trademarks.

6.     The Parties waive any right to appeal this Final Judgment and Injunction.

7.     The Parties shall each bear their own fees and costs in this Action.

8.     The Court will retain continuing jurisdiction for purposes of interpreting and enforcing this Final Judgment and Injunction and all disputes that may arise relating to the Settlement Agreement.

9.     The Clerk shall enter this Injunction pursuant to Rule 58 of the Federal Rules of Civil Procedure.



**PERMANENT INJUNCTION**

Wherefore, the Parties stipulate to entry of the following permanent injunction:

10.      Except as licensed by Apple, Defendants shall refrain from and are permanently enjoined from:

a.      Making, using, offering to sell, selling or importing into the United States the following products or any products that are not colorably different from the following products (collectively, the "Infringing Products") until the expiration of each identified patent:

(i)      Regarding U.S. Patent No. 7,627,343, any product that uses a 30-pin connector system to communicate with any Apple product, including but not limited to DAPPIPODCC07, DAPPIPODCC08, DAPPIPODCC09, DAPPIPODCC10, DAPPIPODTC12, DAPPIPODTC13, CAPPIPHODAT2, CAPPIPHODAT4, CAPPIPHODAT5, DAPPIPODCR10, DAPPIPODCR11, DAPPIPODCR12, CAPPIPHOCRA2, DAPPIPODDA15, DAPPIPODDAT3, DAPPIPODDAT2, DAPPIPODDAT4, DAPPIPODDA11, DAPPIPODFM05, DAPPIPODFM07, DAPPIPODFM08, DOTHXXXXFM12, DOTHXXXXFM15, DOTHXXXXFM17, DOTHXXXXFM19, DOTHXXXXFM21, DOTHXXXXFM22, DAPPIPODSPK1, DOTHXXXXSP18, CAPPIPHOPHC1, CAPPIPHOLI02, CAPPIPHOLI06, CAPPIPHOAD07 and CAPPIPHOAD08;

(ii)      Regarding U.S. Patent Nos. 7,305,506; 7,587,540; 7,590,783; 7,529,870; and 7,529,872, CAPPIPHOCRA2, DAPPIPODCR10, DAPPIPODCR11, DAPPIPODCR12, DAPPIPODFM05, DAPPIPODFM07, DAPPIPODFM08, DOTHXXXXFM12, DOTHXXXXFM15, DOTHXXXXFM17, DOTHXXXXFM19, DOTHXXXXFM21, and DOTHXXXXFM22;

(iii)      Regarding U.S. Patent No. 7,580,255, DAPPIPODCR10 and DAPPIPODCR11;

(iv)      Regarding U.S. Patent No. 7,517,222, PAPPMC13TC01;

(v)      Regarding U.S. Patent No. D469,753, COTHXXXXHS53;



FINAL JUDGMENT AND INJUNCTION UPON CONSENT
CASE NO. 10-CV-03216 JF (HRL)

(vi)     Regarding U.S. Patent No. D515,070, COTHXXXXHS60, COTHXXXXHS61, and COTHXXXXHS76;

(vii)    Regarding U.S. Patent No. D578,110, DAPPIPODCR10 and DAPPIPODCR11;

(viii)   Regarding U.S. Patent No. D588,545, CAPPIPHODAT4, DAPPIPODDA15, and DAPPIPODDAT3;

(ix)     Regarding U.S. Patent No. D596,616, COTHXXXXHS82; and

(x)      Regarding U.S. Patent No. D596,621, DAPPIPODCR10, DAPPIPODCR11, and DAPPIPODCR12;

b.      Any use of the Trademarks and/or the Copyrights in any period during which Defendants are not in full compliance with the Apple's Guidelines for Using Apple Trademarks and Copyrights, attached as Exhibit C; and,

c.      Assisting, aiding or abetting any person or entity engaging in or performing any act prohibited by this paragraph.

11.    Defendants, within thirty (30) calendar days of entry of this Injunction, shall provide written assurance under penalty of perjury, to Apple's counsel of record in the Action, that they have come into compliance with the Apple trademark guidelines attached as Exhibit C.

**ON BEHALF OF THE PARTIES:**

Dated: ___October 25___, 2011        KILPATRICK TOWNSEND AND STOCKTON LLP

By: ___*/s/ Andrew T. Oliver*___
       THEODORE T. HERHOLD
       ANDREW T. OLIVER
       ROBERT D. TADLOCK
       Attorneys for Plaintiff APPLE INC.

Dated: ___October 22___, 2011        LEWIS BRISBOIS BISGAARD & SMITH LLP

FINAL JUDGMENT AND INJUNCTION UPON CONSENT
CASE NO. 10-CV-03216 JF (HRL)



By: _____
JON E. HOKANSON
ALAN J. HAUS
Attorneys for Defendants EFORCITY
CORPORATION, ACCSTATION INC.,
ITRIMMING INC. and EVERYDAYSOURCE
INC.

**PURSUANT TO STIPULATION, IT IS SO ORDERED, ADJUDGED, AND DECREED.**

DATED: _____, 2011

_____
THE HON. JEROME FOGEL
United States District Judge

FINAL JUDGMENT AND INJUNCTION UPON CONSENT
CASE NO. 10-CV-03216 JF (HRL)



1

**EXHIBIT A**

2

**COPYRIGHTED WORKS**

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28





FINAL JUDGMENT AND INJUNCTION UPON CONSENT
CASE NO. 10-CV-03216 JF (HRL)

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**EXHIBIT B**

**TRADEMARKS**



Mac
iPod
iPhone
iPad
iTunes
Support

# Apple Trademark List

The following is a list of Apple's trademarks and service marks.

When using the marks in publications that will be distributed only in the United States, include the appropriate ™, ℠, or ® symbol on first use. For publications that will be distributed outside the United States, do not include trademark symbols. Instead use the appropriate trademark attribution notice, for example: Mac and Mac OS are trademarks of Apple Inc., registered in the U.S. and other countries.

The list also includes one or more suggested generic terms for each trademark. For all publications, include an appropriate generic term after the trademark the first time it appears. Thereafter, the generic term should appear frequently with the trademark. (Note: These generic terms are only suggestions, and there may be other words that are equally appropriate.)

Remember that trademarks are adjectives, and cannot be made plural or possessive.

For more information on how to use Apple's trademarks, refer to the document titled, "Guidelines for Using Apple Trademarks," or contact the Trademark Department by e-mail at appletm@apple.com.

**The absence of a product or service name or logo from this list does not constitute a waiver of Apple's trademark or other intellectual property rights concerning that name or logo.**

| APPLE'S TRADEMARKS | GENERIC TERM(S) |
|---|---|
| AirMac® | wireless hardware/software solution |
| AirPlay® | software feature |
| AirPort® | wireless hardware/software solution |
| AirPort Express® | wireless hardware/software solution |
| AirPort Extreme® | wireless hardware/software solution |
| AirPrint™ | software feature |
| AirTunes® | application program |
| A.Pack® | software feature |
| Aperture® | application program |
| Apple® | computers, computer software, computer peripherals, etc. |
| Apple logo® | |
| Apple IIGS™ | computer |
| AppleCAT® | application program |
| AppleCD SC® | CD-ROM drive |
| Apple Cinema Display® | computer monitor |
| AppleFund™ | reimbursement program |
| AppleLink® | communication network/computer software |
| Apple Media Series™ | training materials |
| Apple Remote Desktop™ | remote desktop software |
| AppleScript® | application program |
| AppleScript Studio® | development software |
| AppleShare® | server software |
| Apple Studio Display™ | computer monitor |
| AppleTalk® | network system |
| Apple TechStep™ | diagnostic software |

## Legal Information

End User Software License Agreements
Hardware Warranties
  iPhone Warranty
    Original iPhone
    iPhone 3G
    Privacy Policy
iTunes Store Terms
Sales Policies
  Apple Global Online Support site (AGOS)
    English
    Français (French)
    Deutsch (German)
    日本語 (Japanese)
  Apple Online Store
  Apple Online Store for K12 Schools
  Apple Online Store for Higher Education
  Retail Store
  Apple Online Store for Education Individuals
  Apple Authorized U.S. Reseller
Service Products
  AppleCare Protection Plan for 1:1 Learning Solutions (PDF)
  AppleCare Service Plan
  AppleCare Protection Plan
  AppleCare Protection Plan for iPhone
  AppleCare Protection Plan for iPad
  AppleCare Repair Agreement
  AppleCare Parts Agreement
  Bomgar Remote Support Software
  AppleCare Premium Service and Support Plan Terms and Conditions
  AppleCare Technical Support Services Terms and Conditions
  Remote Support Terms and Conditions (Bomgar Software) (PDF)
Terms of Service
  Web Site Terms and Conditions of Use
  Apple Print Services Terms of Use
  Apple Print Services Sales Policies & Ordering Information
  MobileMe Terms of Service
  iWork.com Public Beta Terms of Service
  One to One Terms and Conditions
  ProCare Terms and Conditions
  iChat Account Terms of Service
  iTunes Store Terms of Service
  iTunes Store Gift Certificates and Allowances Terms and Conditions
  iTunes Store Terms of Sale
  Discussions Terms and Conditions
  Repair Terms and Conditions
    iPhone Service
    Retail Store Service
    General Service (English)
    General Service (Dutch)
    General Service (Spanish)
    General Service (Italian)
    General Service (Japanese)
    General Service (German)
    General Service (Swedish)
    General Service (French)
  Express Replacement Service for iPhone
    In Warranty Terms and Conditions
    Out of Warranty Terms and Conditions
  Training Service Terms and Conditions
Policies

| Apple TV® | digital media extender |
|---|---|
| AppleVision™ | computer display |
| AppleWorks® | application program |
| Aqua® | user interface |
| Audio Units logo® | |
| Back to My Mac® | software feature |
| Bonjour® | networking technology |
| Bonjour logo® | |
| Boot Camp® | application program |
| Capitals® | computer font |
| Carbon® | software technology |
| Charcoal® | computer font |
| Chicago® | computer font |
| Cinema Tools™ | application program |
| Claris® | software |
| Cocoa® | software technology |
| Cocoa Touch® | software technology |
| ColorSync® | application program |
| ColorSync logo® | |
| Cover Flow® | application program |
| Dashcode® | developer software |
| DVD@CCESS™ | software feature |
| DVD Studio Pro® | application program |
| Educator Advantage™ | marketing program |
| EdView® | Web portal |
| eMac® | computer |
| Encyclomedia® | CD-ROM bundle |
| Enterprise Objects™ | computer software |
| Enterprise Objects Framework™ | computer software |
| EtherTalk® | interface card/network |
| Exposé® | computer software |
| Extensions Manager™ | system software |
| FaceTime™ | video calling |
| FairPlay® | software technology |
| FileVault® | application program |
| Final Cut® | application program |
| Final Cut Pro® | application program |
| Final Cut Studio® | application program |
| Finder® | operating system software |
| FireWire® | serial bus |
| FireWire compliance logo™ | |
| FireWire logo™ | |
| FireWire symbol® | |
| FontSync® | application program |
| Gadget™ | computer font |
| GarageBand® | application program |
| Geneva® | computer font |
| HyperCard® | application program |

Unsolicited Idea Submission Policy
   Privacy Policy
Trademark, Copyright and Intellectual Property
   **Trademark List**
   Copyright
   Apple Web Badges
   Piracy Prevention
   Guidelines for Trademarks and Copyrights
   FileMaker Legal Information
   NeXT Trademark List
Training and Certification Agreements and Policies
Legal Contacts
Export Compliance
Supplier Provisions

| | |
|---|---|
| HyperTalk® | application program |
| iBook® | computer |
| iBooks® | application program |
| iCal® | application program |
| iChat® | application program |
| iCloud® | online services |
| iDVD® | application program |
| iFrame Logo™ | video format |
| iLife® | suite of application programs |
| iMac® | computer |
| ImageWriter® | printer |
| iMovie® | application program |
| Inkwell® | application program |
| Instruments® | developer software |
| Inter•Poll® | application program |
| iPad® | mobile digital device |
| iPhone® | mobile digital device |
| iPhoto® | application program |
| iPod® | mobile digital device |
| iPod classic® | mobile digital device |
| iPod Hi-Fi® | speakers |
| iPod nano® | mobile digital device |
| iPod shuffle® | mobile digital device |
| iPod Socks® | holder for computer hardware and consumer electronics |
| iPod touch® | mobile digital device |
| iSight® | camera |
| iTunes® | application program |
| iTunes Logo™ | application program |
| iTunes Pass® | online store |
| iWeb™ | application program |
| iWork® | suite of application programs |
| Jam Pack® | computer software |
| Keychain® | operating system feature |
| Keynote® | application program |
| LaserWriter™ | printer |
| Leopard® | operating system software |
| LiveType® | application program |
| LocalTalk® | computer cable system/network |
| Logic® | application program |
| Logic Studio® | application program |
| Mac® | computer |
| Mac logo® | |
| MacApp® | application program |
| MacBook® | computer |
| MacBook Air® | computer |
| MacDNS® | application program |
| Macintosh® | computer |
| Macintosh Products Guide® | online catalog |

| Mac OS® | operating system software |
| MacPAD™ | application program |
| MacTCP® | application program |
| MacTest™ | application program |
| Made for iPad logo™ | |
| Made for iPhone logo™ | |
| Made for iPod logo® | |
| MagSafe® | power adapters |
| MainStage® | application program |
| Monaco® | computer font |
| MPW® | application program |
| Multi-Touch™ | touchscreen interface |
| NetInfo™ | computer software |
| Newton™ | operating system software |
| New York® | computer font |
| Numbers® | application program |
| Objective-C® | computer software |
| OfflineRT™ | software feature |
| Open Directory logo™ | |
| OpenCL™ | software technology |
| OpenPlay® | application program |
| Pages® | application program |
| Panther® | operating system software |
| Photo Booth® | application program |
| Photocasting™ | digital content delivery service |
| Pixlet™ | compression application program |
| Podcast Logo® | application feature |
| PowerBook® | computer |
| Power Mac® | computer |
| ProDOS™ | operating system software |
| Quartz® | graphics and display technology |
| QuickDraw® | application program |
| QuickTime® | application program |
| QuickTime Broadcaster™ | application program |
| QuickTime logo® | |
| QuickTime TV™ | Internet broadcast network |
| Retina™ | display |
| Rosetta® | application program |
| SADE® | application program |
| Safari® | application program |
| Sand® | computer font |
| Shake® | application program |
| Sherlock® | application program |
| Shuffle™ | mobile digital device |
| Skia™ | computer font |
| SnapBack™ | application feature |
| Snow Leopard® | operating system software |
| Soundtrack® | application program |

| Spaces® | operating system feature |
|---------|--------------------------|
| Spotlight® | software utility |
| StyleWriter™ | printer |
| SuperDrive® | computer media device |
| Techno™ | computer font |
| Textile® | computer font |
| Think different® | slogan |
| Tiger® | computer operating system software |
| Time Capsule® | wireless hard drive/Wi-Fi base station |
| Time Machine® | application program |
| TrueType® | font technology |
| Tubes® | cases for computer hardware and consumer electronics |
| Ultrabeat® | software feature |
| Velocity Engine® | vector processing unit |
| WaveBurner® | application program |
| WebObjects® | software |
| WebScript™ | computer software |
| Works with iMovie logo™ | |
| Works with iPhone logo® | |
| Xcode® | developer software |
| Xgrid® | application program |
| Xsan® | application program |
| Xserve® | server |

| APPLE'S SERVICE MARKS | GENERIC TERM(S) |
|-----------------------|-----------------|
| A Comprehensive Study of Final Cut Pro℠ | training course |
| A Comprehensive Study of iLife℠ | training course |
| A Comprehensive Study of Motion℠ | training course |
| A Comprehensive Study of Shake℠ | training course |
| ACOT℠ (Apple Classrooms of Tomorrow) | education services |
| ACOT²℠ | education services |
| ACTC Boot Camp℠ | training course |
| Administering Final Cut Server℠ | training course |
| Advanced Editing Techniques in Final Cut Pro℠ | training course |
| Advanced Techniques in Logic Pro℠ | training course |
| An Introduction to Administering Final Cut Server℠ | training course |
| An Introduction to Aperture℠ | training course |
| An Introduction to Color℠ | training course |
| An Introduction to Color Correction in Final Cut Studio℠ | training course |
| An Introduction to DVD Studio Pro℠ | training course |
| An Introduction to Final Cut Pro℠ | training course |
| An Introduction to Final Cut Pro, Prime Time™ | training course |
| An Introduction to Final Cut Express℠ | training course |
| An Introduction to GarageBand℠ | training course |
| An Introduction to iLife℠ | training course |
| An Introduction to iWork℠ | training course |
| An Introduction to Logic Express and Logic Pro℠ | training course |
| An Introduction to Motion℠ | training course |

| An Introduction to Sound Editing in Final Cut Studio℠ | training course |
|---|---|
| An Introduction to Soundtrack Pro℠ | training course |
| An Overview of Final Cut Pro℠ | training course |
| An Overview of Final Cut Server℠ | training course |
| App Store℠ | online store |
| Apple® | various services |
| AppleCare® | service and support programs |
| Apple Certified Trainer℠ | certification services |
| Apple Consultants Network℠ | consultant services |
| Apple Desktop Service Certification℠ | training course |
| Apple Desktop Service Lab℠ | training course |
| Apple iServices® | Internet services |
| Apple Portable Service Certification℠ | training course |
| Apple Portable Service Lab℠ | training course |
| Apple Store® | retail store services |
| Complete My Album® | feature of online store |
| Final Cut Pro Advanced Editing℠ | training course |
| Genius Bar® | service and support program |
| Genius Bar logo® | service and support program |
| iAd℠ | mobile advertising platform |
| iBookstore℠ | online store |
| iDisk® | online services |
| Introduction to Mac OS X℠ | training course |
| iMix® | feature of online store |
| Indie Spotlight℠ | feature of online store |
| The iTunes Download® | radio show, podcast |
| iTunes Extras® | online store |
| iTunes LP℠ | online store |
| iTunes Music Store® | online music store |
| iTunes Plus® | feature of online store |
| iTunes Store® | online store |
| .Mac® | online services |
| Mac App Store℠ | online store |
| Mac.com® | Email service |
| Mac Integration Basics 10.6℠ | training course |
| Mac OS X Advanced Administration℠ | training course |
| Mac OS X Deployment℠ | training course |
| Mac OS X Directory Services℠ | training course |
| Mac OS X Security & Mobility℠ | training course |
| Mac OS X Server Essentials℠ | training course |
| Mac OS X Support Essentials℠ | training course |
| MobileMe® | online services |
| Motion Graphics and Effects in Final Cut Studio℠ | training course |
| onetoone® | service and support program |
| ProCare® | service and support program |
| Shop different™ | slogan |
| Vingle® | feature of online store |
| Xsan for Pro Video℠ | training course |

| Xsan 2 Administration™ | training course |
|---|---|
| Xsan 2 for Pro Video™ | training course |

**SPECIAL AND LICENSED TRADEMARKS AND/OR COPYRIGHTS**

Use the trademark notation shown here the first time the trademark is mentioned in text in U.S. publications. Include the credit line in all U.S and international publications in which the trademark is mentioned.

In addition to the marks listed below, all FileMaker marks require the trademark notation the first time the trademark is mentioned in U.S. publications and credit lines in all U.S. and international publications in which the trademark is mentioned. For FileMaker, Inc. trademarks, look on the Web at FileMaker, Inc..

For NeXT trademarks, look on the Web at http://www.apple.com/legal/trademark/nexttmlist.html.

1-Click® is a registered trademark of Amazon.com, Inc. in the US and other countries. [Place a ® notation after the first mention of 1-Click in text in publications distributed in the US, Europe, and Canada.]

ACT! is used under license from Symantec Corporation.

ADDmotion is a trademark of Motion Works International, Inc.

Ad Lib is a trademark of Nick Nallick, used under license.

Adobe, the Adobe logo, Acrobat, the Acrobat logo, Distiller, PostScript, and the PostScript logo are trademarks or registered trademarks of Adobe Systems Incorporated in the U.S. and/or other countries.

AIX is a trademark of IBM Corp., registered in the U.S. and other countries, and is being used under license.

Apache: The Apache acknowledgement is now included in the code itself, in line with the new Apache Foundation license (2000). Credit in printed advertising materials is no longer required.

BLUEmagic is a trademark of Open Interface North America in the U.S. and other countries.

Bluetooth: The registered trademark symbol "®" should be added in superscript format immediately following the Bluetooth word mark wherever the word mark first appears on product packaging, products, web pages, and marketing pieces, and in textual information.

Whenever the Bluetooth word mark or logo is used it must be attributed with an appropriate trademark footnote, such as: The Bluetooth® word mark and logos are registered trademarks owned by Bluetooth SIG, Inc. and any use of such marks by Apple is under license.

The registered trademark symbol, ®, is to be printed as part of the logo. In the event that the use of the "®" symbol with the Bluetooth mark on a product, or as part of a product display feature, is impractical due to the small size of a Bluetooth mark, you may omit the "®" symbol on such product or product display feature, provided, however, that appropriate language identifying and attributing the Bluetooth marks is included.

BSD (4.4 Lite) operating system from UC Berkeley and others for Mac OS X and/or Mac OS X Server: All advertising materials mentioning features or use of this software must include the following acknowledgement: "This product includes software developed by the University of California, Berkeley, FreeBSD, Inc., The NetBSD Foundation, Inc., and their respective contributors." We must also obtain UCB's written permission prior to any endorsement or promotion of their software.

CDB is a trademark of Third Eye Software, Inc.

The CD Extra logo™ is a trademark of Sony Corporation.

DEC™, DECnet™, VMS™, and VAX™ are trademarks of Digital Equipment Corporation.

Dolby Laboratories: Manufactured under license from Dolby Laboratories. "Dolby," "Pro Logic," and the double-D symbol are trademarks of Dolby Laboratories. Confidential Unpublished Works, © 1992-1997 Dolby Laboratories, Inc. All rights reserved.

FaceSpan™ and FrontMost™ are trademarks of Software Designs Unlimited, Inc.

GeForce4 is a trademark of NVIDIA Corporation.

Helvetica®, Times®, and Palatino® are registered trademarks of Heidelberger Druckmaschinen AG, available from Linotype Library GmbH.

Intel, Intel Core, and Xeon are trademarks of Intel Corp. in the U.S. and other countries. [This attribution is not necessary unless Apple's own marks are specifically attributed.]

IOS is a trademark or registered trademark of Cisco in the U.S. and other countries and is used under license.

ITC Avant Garde Gothic® , ITC Bookman®, ITC Garamond®, ITC Zapf Chancery®, and ITC Zapf Dingbats® are registered trademarks of International Typeface Corporation.

Java is a registered trademark of Oracle and/or its affiliates.

LaserTools™ is a trademark of LaserTools Corporation.

MacDNS: Include the following copyright notice on end-user documentation only: "ThreadLib 1.04 © 1994 by Ari Halberstadt."

mLAN code: When the mLAN Trademark is used in an Apple catalogue, brochure or instruction manual, the following attribution statement must be included in a footnote: "mLAN™ is a trademark of YAMAHA CORPORATION."

MobileComm is a registered trademark of Mobile Communications Corporation of America.

Netscape Navigator™ is a trademark of Netscape Communications Corporation.

Nomad is a registered trademark of Aonix and is used by Creative Technology Ltd. and/or its affiliates under license. [Apple may reproduce the Nomad trademark solely in connection with marketing the Creative products on related splash or computer screens or to accurately acknowledge interoperability BUT WE MUST INCLUDE the trademark attribution notice to Aonix in this instance.]

Notion is a trademark of Eidetic, Inc. All packaging and product labels must also include the following copyright notice: "© 1994, Eidetic, Inc. All rights reserved."

NuBus is a trademark of Texas Instruments.

OpenGL® or OpenGL Logo®: OpenGL is a registered trademark of Silicon Graphics, Inc.

OpenSSL by The OpenSSL Project (Mac OS X and/or Mac OS X Server): All advertising materials mentioning features or use of this software must include the following acknowledgement: "This product includes software developed by the OpenSSL Project for use in the OpenSSL Toolkit (http://www.openssl.org/)." We must also obtain the OpenSSL Project's written permission if we wish to use the names "OpenSSL Toolkit" or "OpenSSL Project" to endorse or promote software derived from the OpenSSL software.

The Photo CD logo™ is a trademark of Eastman Kodak Company.

Ping is a registered trademark of Karsten Manufacturing Corporation and is used in the U.S. under license.

PowerCD™ is a trademark of ZCI, Inc., Dallas, Texas.

PowerForms™ is a trademark of Sestra, Inc., a division of HealthCare Communications.

PowerPC™ and the PowerPC logo™ are trademarks of International Business Machines Corporation, used under license therefrom.

RealAudio™ and the RealAudio logo™ are trademarks of Progressive Networks, Inc.

Smalltalk-80™ is a trademark of ParcPlace Systems.

SoftWindows™: Windows is a registered trademark of Microsoft Corporation and SoftWindows is a trademark used under license by Insignia from Microsoft Corporation. [Place a™ symbol after the first and most prominent use of the mark SoftWindows in text.]

SPEC® is a registered trademark of the Standard Performance Evaluation Corporation (SPEC). See http://www.spec.org for more information.

Sprocket: The following notice must appear on the Apple Game Sprocket Web site: "Sprocket is a trademark of MacTech Magazine, used by permission. The Apple Game Sprocket software has no association with MacTech Magazine."

Case5:10-cv-03216-JF   Document85   Filed11/22/11   Page17 of 22

SRS: Use one of the following as appropriate:

"The SRS Symbol is a registered trademark of SRS Labs, Inc."
"The word SRS is a registered trademark of SRS Labs, Inc."
"SRS and the SRS Symbol are registered trademarks of SRS Labs, Inc."
TextBridge® and Xerox® are registered trademarks of Xerox Corporation. [Place the trademark notation symbol (™ or ®) after the first mention of the marks in text and in the credit notice.]

Trinitron® is a trademark of Sony Corporation, registered in the U.S. and other countries.

UCB (ftpd) code from UC Berkeley and others for Mac OS X and/or Mac OS X Server: All advertising materials mentioning features or use of this software must include the following acknowledgement: "This product includes software developed by the University of California, Berkeley, FreeBSD, Inc., The NetBSD Foundation, Inc., and their respective contributors." We must also obtain UCB's written permission prior to any endorsement or promotion of their software.

UNIX® is a registered trademark of The Open Group.

VideoWorks is a trademark of Macromedia, Inc.

The Walk of Fame Star is a trademark of the Hollywood Chamber of Commerce.

X Window System is a trademark of the Massachusetts Institute of Technology.

The YouTube logo is a trademark of Google Inc. (Only necessary when Apple's or other party's logos are also attributed.)

**OTHER APPLE PRODUCT OR SERVICE NAMES**
If a product or service name is not listed under Apple's Trademarks or Apple's Service Marks, it should **not** be followed by a ™ or ® notation and should **not** be included in credit lines. However, if a product or service name includes Apple, Macintosh, or another Apple mark listed in this trademark list, do apply the correct trademark symbol (™ or ®) to that portion of the name for U.S. publications only. In addition, all Apple trademarks need to be given the correct attribution in the credit section of all U.S. and international publications.

**Example:**

The Apple® iMac® computer comes with iWeb™ software. — credit line: Apple and iMac are trademarks of Apple Inc., registered in the U.S. and other countries. iWeb is a trademark of Apple Inc.

**SPECIAL COMMENTS**
If you have any questions or comments regarding the list, please send us an e-mail at appletm@apple.com.

This list includes updates as of May 19, 2011.

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**EXHIBIT C**

**GUIDELINES FOR USING APPLE TRADEMARKS AND COPYRIGHTS**



FINAL JUDGMENT AND INJUNCTION UPON CONSENT
CASE NO. 10-CV-03216 JF (HRL)

Mac
iPod
iPhone
iPad
iTunes
Support

# Guidelines for Using Apple Trademarks and Copyrights

(Formerly entitled Guidelines for Third Parties Using Apple Trademarks and Copyrights)

These guidelines are for Apple licensees, authorized resellers, developers, customers, and other parties wishing to use Apple's trademarks, service marks or images in promotional, advertising, instructional, or reference materials, or on their web sites, products, labels, or packaging. Use of the "keyboard" Apple Logo (Option-Shift-K) for commercial purposes without the prior written consent of Apple may constitute trademark infringement and unfair competition in violation of federal and state laws. Use of Apple trademarks may be prohibited, unless expressly authorized.

If you are a licensee of an Apple trademark or logo and have been provided with special trademark usage guidelines with your license agreement, please follow those guidelines. If your license agreement does not provide usage guidelines, then follow these guidelines. If you are an Apple Authorized Reseller or member of an Apple program, you may be subject to additional restrictions.

Apple's trademarks, service marks, trade names, and trade dress are valuable assets. In following these guidelines, you help us protect our valuable trademark rights and strengthen our corporate and brand identities. By using an Apple trademark, in whole or in part, you are acknowledging that Apple is the sole owner of the trademark and promising that you will not interfere with Apple's rights in the trademark, including challenging Apple's use, registration of, or application to register such trademark, alone or in combination with other words, anywhere in the world, and that you will not harm, misuse, or bring into disrepute any Apple trademark. The goodwill derived from using any part of an Apple trademark exclusively inures to the benefit of and belongs to Apple. Except for the limited right to use as expressly permitted under these Guidelines, no other rights of any kind are granted hereunder, by implication or otherwise. If you have any questions regarding these guidelines, please talk to your Apple representative or send an e-mail to Apple's Trademark Department at appletm@apple.com.

## Authorized Use of Apple Trademarks

**1. Advertising, Promotional, and Sales Materials:** Only Apple and its authorized resellers and licensees may use the Apple Logo in advertising, promotional, and sales materials. Apple Authorized Resellers may use the Apple Logo only as specified in their reseller agreement and the Apple Corporate Identity Guidelines for Resellers and such use must always be in conjunction with the appropriate terms that define the relationship authorized by their contract with Apple. For example:

Authorized Reseller

Authorized Value Added Reseller

Authorized Service Provider

Authorized Wholesaler

**2. Compatibility:** Developers may use Apple, Macintosh, iMac, or any other Apple word mark (but not the Apple Logo or other Apple-owned graphic symbol/logo) in a **referential phrase** on packaging or promotional/advertising materials to describe that the third party product is compatible with the referenced Apple product or technology, provided they comply with the following requirements.

a. The Apple word mark is not part of the product name.

b. The Apple word mark is used in a referential phrase such as "runs on," "for use with," "for," or "compatible with."

c. The Apple word mark appears less prominent than the product name.

d. The product is in fact compatible with, or otherwise works with, the referenced Apple product.

e. The reference to Apple does not create a sense of endorsement, sponsorship, or false association with Apple or Apple products or services.

Legal Information

End User Software License Agreements
Hardware Warranties
    iPhone Warranty
        Original iPhone
        iPhone 3G
        Privacy Policy
iTunes Store Terms
Sales Policies
    Apple Global Online Support site (AGOS)
        English
        Français (French)
        Deutsch (German)
        日本語 (Japanese)
    Apple Online Store
    Apple Online Store for K12 Schools
    Apple Online Store for Higher Education
    Retail Store
    Apple Online Store for Education Individuals
    Apple Authorized U.S. Reseller
Service Products
    AppleCare Protection Plan for 1:1 Learning Solutions (PDF)
    AppleCare Service Plan
    AppleCare Protection Plan
    AppleCare Protection Plan for iPhone
    AppleCare Protection Plan for iPad
    AppleCare Repair Agreement
    AppleCare Parts Agreement
    Bomgar Remote Support Software
    AppleCare Premium Service and Support Plan Terms and Conditions
    AppleCare Technical Support Services Terms and Conditions
    Remote Support Terms and Conditions (Bomgar Software) (PDF)
Terms of Service
    Web Site Terms and Conditions of Use
    Apple Print Services Terms of Use
    Apple Print Services Sales Policies & Ordering Information
    MobileMe Terms of Service
    iWork.com Public Beta Terms of Service
    One to One Terms and Conditions
    ProCare Terms and Conditions
    iChat Account Terms of Service
    iTunes Store Terms of Service
    iTunes Store Gift Certificates and Allowances Terms and Conditions
    iTunes Store Terms of Sale
    Discussions Terms and Conditions
Repair Terms and Conditions
    iPhone Service
    Retail Store Service
    General Service (English)
    General Service (Dutch)
    General Service (Spanish)
    General Service (Italian)
    General Service (Japanese)
    General Service (German)
    General Service (Swedish)
    General Service (French)
    Express Replacement Service for iPhone
        In Warranty Terms and Conditions
        Out of Warranty Terms and Conditions
    Training Service Terms and Conditions
Policies

f. The use does not show Apple or its products in a false or derogatory light.

**3. Publications, Seminars, and Conferences:** You may use an Apple word mark in connection with book titles, magazines, periodicals, seminars, or conferences provided you comply with the following requirements:

a. The use is referential and less prominent than the rest of the title. Acceptable: XYZ CONFERENCE for Macintosh Computer Users

b. The use reflects favorably on both Apple and Apple products or technology.

c. Your name and logo appear more prominent than the Apple word mark on all printed materials related to the publication, seminar or conference.

d. The Apple logo or any other Apple-owned graphic symbol, logo, icon or image does not appear on or in the publication or on any materials related to the publication, seminar, or conference without express written permission from Apple.

e. A disclaimer of sponsorship, affiliation, or endorsement by Apple, similar to the following, is included on the publication and on all related printed materials: "(Title) is an independent (publication) and has not been authorized, sponsored, or otherwise approved by Apple Inc."

f. A trademark attribution notice is included in the credit section giving notice of Apple's ownership of its trademark(s). Please refer to the section below titled "Proper Trademark Notice and Attribution."

**4. Web Sites:** Web sites that serve only as noncommercial electronic informational forums concerning an Apple product or technology may use the appropriate Apple word mark, provided such use complies with the guidelines set forth in Section 3 above.

**5. Apple Web Badge Licensing Program:** Web sites may use one of the Apple Web Badges if the site uses or was created using Apple-branded hardware or software and you comply with the terms of the Apple Web Badges License Agreement and Guidelines. For licensing information on the Apple Web Badges Licensing Program refer to Apple's web site at www.apple.com/about/webbadges.

**Unauthorized Use of Apple Trademarks**

**1. Company, Product, or Service Name:** You may not use or register, in whole or in part, Apple, iPod, iTunes, Macintosh, iMac, or any other Apple trademark, including Apple-owned graphic symbols, logos, icons, or an alteration thereof, as or as part of a company name, trade name, product name, or service name except as specifically noted in these guidelines.

**2. Apple Logo and Apple-owned Graphic Symbols:** You may not use the Apple Logo or any other Apple-owned graphic symbol, logo, or icon on or in connection with web sites, products, packaging, manuals, promotional/advertising materials, or for any other purpose except pursuant to an express written trademark license from Apple, such as a reseller agreement.

**3. Variations, Takeoffs or Abbreviations:** You may not use an image of a real apple or other variation of the Apple logo for any purpose. Third parties cannot use a variation, phonetic equivalent, foreign language equivalent, takeoff, or abbreviation of an Apple trademark for any purpose. For example:

Not acceptable:   Appletree    Jackintosh    Apple Cart    PodMart

**4. Disparaging Manner:** You may not use an Apple trademark or any other Apple-owned graphic symbol, logo, or icon in a disparaging manner.

**5. Endorsement or Sponsorship:** You may not use Apple, Macintosh, iMac, or any other Apple trademark, including Apple-owned graphic symbols/logos, or icons, in a manner that would imply Apple's affiliation with or endorsement, sponsorship, or support of a third party product or service.

**6. Merchandise Items:** You may not manufacture, sell or give-away merchandise items, such as T-shirts and mugs, bearing Apple, Macintosh, iMac or any other Apple trademark, including symbols, logos, or icons, except pursuant to an express written trademark license from Apple.

**7. Apple's Trade Dress:** You may not imitate the distinctive Apple packaging, web site design, logos, or typefaces.

**8. Slogans and Taglines:** You may not use or imitate an Apple slogan or tagline.

For example: "Think different."

**9. Domain Names:** You may not use an identical or virtually identical Apple trademark as a second level domain name.

Unsolicited Idea Submission Policy
Privacy Policy
Trademark, Copyright and Intellectual Property
    Trademark List
    Copyright
    Apple Web Badges
    Piracy Prevention
    **Guidelines for Trademarks and Copyrights**
    FileMaker Legal Information
    NeXT Trademark List
Training and Certification Agreements and Policies
Legal Contacts
Export Compliance
Supplier Provisions

Not acceptable:   "imac.com"    "imacapple.com"    "imac-apple.com"    "podmart.com"

**The Mac Trademark**

1. You may not use the Mac trademark standing alone except to denote or refer to the Apple Macintosh product line.

**2.** You may use "Mac" in your product name, company name, trade name, or service name provided your name satisfies the following criteria:

a. Your product is not a computer, computer system, or operating system software.

b. Your product is Mac compatible or the third party business is associated with Mac based computers.

c. "Mac" is used in combination with another non-generic word.

Acceptable:   MacVenus    MacCharlie

Not acceptable:   MacCharleston    MacSales

d. "Mac" does not appear more prominently than the rest of the name in size, color, or typeface.

e. Your name does not suggest a false association with Apple.

f. Your name is not confusingly similar to any trademark owned or used by Apple.

g. You acknowledge that Apple is the sole owner of the "Mac" trademark and that you will not interfere with Apple's use or registration of "Mac" alone or in combination with other words.

h. If you are an Apple Authorized Reseller or member of an Apple program, you may be subject to additional restrictions.

**Rules for Proper Use of Apple Trademarks**

1. Trademarks are adjectives used to modify nouns; the noun is the generic name of a product or service.

**2.** As adjectives, trademarks may not be used in the plural or possessive form.

Correct: I bought two Macintosh computers.

Not Correct: I bought two Macintoshes.

**3.** An appropriate generic term must appear after the trademark the first time it appears in a printed piece, and as often as is reasonable after that. Suggested generic terms are provided in the Apple Trademark List which is posted on the Apple web site at: www.apple.com/legal/trademark/appletmlist.html.

**4.** Always spell and capitalize Apple's trademarks exactly as they are shown in the Apple Trademark List. Do not shorten or abbreviate Apple product names. Do not make up names that contain Apple trademarks.

**Proper Trademark Notice and Attribution**

**1. Distribution Within the United States Only**

a. On product, product documentation, or other product communications that will be distributed only in the United States, use the appropriate trademark symbol (TM, SM, ®) the first time the Apple trademark appears in the text of the advertisement, brochure, or other material.

b. Refer to the Apple Trademark List for the correct trademark symbol, spelling of the trademark, and generic term to use with the trademark. Generally, the symbol appears at the right shoulder of the trademark (except the Apple Logo, where the logo appears at the right foot).

c. Include an attribution of Apple's ownership of its trademarks within the credit notice section of your product, product documentation, or other product communication.

Following are the correct formats:

_____ and _____ are registered trademarks of Apple Inc.

_____ and _____ are trademarks of Apple Inc.

**2. Distribution Outside the United States:**

a. Do not use trademark symbols on products, product documentation, or other product communications that will be distributed outside the United States.

b. Use one of the following international credit notices:

_____ is a trademark of Apple Inc., registered in the U.S. and other countries.

_____ is a trademark of Apple Inc.

**Depictions of Apple Products**

**1. Endorsement or Sponsorship:** Apple does not support the use of its logos, company names, product names, or images of Apple products by other parties in marketing, promotional or advertising materials as their use may create the perception that Apple endorses or sponsors the product, service or promotion.

**2. Compatibility:** If you are a developer, you may show an image of an Apple product in your promotional/advertising materials to depict that your product is compatible with, or otherwise works with, the Apple product or technology, provided you comply with the following requirements:

a. Your product is in fact compatible with, or otherwise works with, the referenced Apple product.

b. The image is an actual photograph of the genuine Apple product and not an artist's rendering (Note: You must obtain express written permission from Apple before using any photograph owned or licensed by Apple).

c. The Apple product is shown only in the best light, in a manner or context that reflects favorably on the Apple products and on Apple Inc.

d. The reference to Apple does not create a sense of endorsement or sponsorship by, or other false association with, Apple or Apple products.

For further information with respect to Apple's copyrights, send an email to copyright@apple.com or fax to Apple Rights & Permissions 408-253-0186.

Updated January 11, 2007 by the Apple Legal Team – appletm@apple.com